UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00528 JM |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |
| RAMIEN COLLINS, aka RAMBO | ) | **UNDER SEAL** |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 0 5 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

### **COUNT 1**

On or about September 12, 2018, in the Eastern District of Arkansas, the defendant,

RAMIEN COLLINS, aka RAMBO,

knowingly and intentionally distributed 50 grams or more of methamphetamine actual, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### **COUNT 2**

On or about September 26, 2018, in the Eastern District of Arkansas, the defendant,

RAMIEN COLLINS, aka RAMBO,

knowingly and intentionally distributed 50 grams or more of methamphetamine actual, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

1



## COUNT 3

On or about November 7, 2018, in the Eastern District of Arkansas, the defendant,

RAMIEN COLLINS, aka RAMBO,

knowingly and intentionally distributed 50 grams or more of methamphetamine actual, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).