IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:19cr00528-1-JM

RAMIEN COLLINS

## ORDER OF DETENTION

The Defendant appeared with counsel on this date for plea and arraignment. The Defendant waived his right to a detention hearing at this time and agreed to be detained. He reserves the right to request a detention hearing in the future should he so choose.

The Defendant is remanded to the custody of the United States Marshal Service. While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 26th day of September 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE