IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                                                                          NO.   4:19-CR-00528-JM

RAMIEN COLLINS

## MOTION FOR RELEASE TO ATTEND FUNERAL

Comes the defendant, Ramien Collins, by and through his attorney, James H. Phillips, and for his Motion for Release to Attend Funeral, states:

1. Defendant Collins is detained pending adjudication.

2. Defendant McElroy has learned his brother, namely Cedric Lambert, died unexpectedly on December 18, 2020.

3. Funeral services for Mr. Lambert been announced by obituary.  (See attached Exhibit 1.)

4. The funeral service will be on January 1, 2021 at 10:00 a.m. at the Oakland Cemetery in Monticello, Arkansas.  Defendant would request the Pulaski County Jail release him in time to allow his sister, Shirley Franklin, to pick him up and return him at the conclusion of the services. Defendant was paroled to her home by the Arkansas Parole Board.

WHEREFORE, the Defendant, Ramien Collins, prays this Court allow him to be released from custody to attend the funeral and related services of Cedric Lambert, and immediately be returned to custody following the service.

                Respectfully submitted,

                <u>James H. Phillips (77103)</u>
                Attorney at Law
                111 Center Street, Suite 1200
                Little Rock, AR   72201
                (501) 376-3003
                jhphillips@windstream.net

## CERTIFICATE OF SERVICE

I, James H. Phillips, do hereby certify that a true and correct copy of the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Case Filing (ECF) System, and via first class mail postage prepaid to the parties required to be noticed pursuant to the Arkansas Code and Arkansas Rules of Civil Procedure on the date entered on the Court's Docket.

                /s/ James H. Phillips