# Paradise Funeral Home

## Cedric Lambert

( September 29, 1969 - December 18, 2020 )

Cedric L. Lambert, 51 of Monticello, Arkansas passed away December 18, 2020

He was born September 29, 1969 to the late Linda Lambert Crowell and Lavance Wilkes in Monticello, Arkansas.



He confessed his life to Christ at an early age at Holmes Chapel Presbyterian Church, under the leadership of the late Rev. Y.C. Jordan. He attended Monticello School District. He was a construction worker.

Cedric was preceded in death by his mother; Linda Lambert Crowell. His father; Lavance Wilkes. Brothers; Shannon Collins and Shane Collins. His grandparents; Albert Lambert, Sr., R. C. McCoy, Smedia and Mary Wilkes.

He leaves to cherish his memories his son; Corey Burks of Monticello, Arkansas. Sisters; Deetra Lewis (Joel) of Monticello, Arkansas. His grandmother; Alene McCoy of Monticello, Arkansas. A host of aunts, uncles, cousins and friends.

Graveside Services will be 10:00am on Friday, January 2, 2021 at Oakland Cemetery in Monticello with Rev. Graylin Wilson officiating by Paradise Funeral Home of Monticello.

"Only Paradise Can Serve You Better!"

Ex 1