IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                                                                          NO.   4:19-CR-00528-JM

RAMIEN COLLINS

### MOTION FOR DETENTION HEARING

Comes now the Defendant, Ramien Collins, by and through his attorney, James H. Phillips, and for his Motion for Detention Hearing, states as follows:

1. The matter of a detention hearing was reserved at arraignment.

WHEREFORE, Defendant prays a detention hearing be set at the earliest convenience of the Court.

Respectfully submitted,

James H. Phillips (77103)
Attorney at Law
111 Center Street, Suite 1200
Little Rock, AR   72201
(501) 376-3003
jhphillips@windstream.net

### CERTIFICATE OF SERVICE

I, James H. Phillips, do hereby certify that a true and correct copy of the foregoing document was served electronically to those parties who have entered an appearance in the Court's Electronic Case Filing (ECF) System, and via first class mail postage prepaid to the parties required to be noticed pursuant to the Arkansas Code and Arkansas Rules of Civil Procedure on the date entered on the Court's docket.

/s/James H. Phillips