**CRIMINAL CASE MINUTES**

    **Case Title:**    USA v Ramien Collins

    **Case Number:**    4:16cr00089 KGB
                                    4:19cr00528 JM

    **Before U.S. Magistrate Judge Joe J. Volpe**

    **Date of hearing:**    October 5, 2021

    **Time in court:**    3:11 p.m. - 4:31 p.m.

    **ECRO/CRD:**    Lorna Jones

The parties appeared for a detention hearing. The Court heard testimony from witnesses and brief argument from counsel before ordering Mr. Collins detained pending trial. Order of Detention will be entered. Court adjourned.

                **AUSA:**    Julie Peters

    **Defense Counsel:**    Jim Phillips

                **USPO:**    Ryan Bradley
                                  MeKisha Childers