IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.  No. 4:19-CR-00528 JM

RAMIEN COLLINS

**MOTION TO SUBSTITUTE COUNSEL AND
ENTRY OF APPEARANCE**

Defendant moves to substitute the undersigned retained counsel for Jim Phillips, CJA counsel of record. Defense counsel has been retained for trial, which is set for November 15th.

The undersigned enters his appearance for the defendant in this case as his counsel of choice under the Sixth Amendment to the U.S. Constitution and current counsel should be relieved, with our thanks.

Respectfully submitted,

JOHN WESLEY HALL
 Ark. Bar No. 73047
1202 Main St.; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
e-mail:  ForHall@aol.com
  *Attorney for Defendant*