IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:19-cr-00528-1-JM

RAMIEN COLLINS

## ORDER OF DETENTION

Defendant appeared with counsel for a hearing pursuant to the Bail Reform Act. I find by clear and convincing evidence that Defendant is a danger to the community and no condition or combination of conditions will reasonably assure its safety. In coming to this conclusion, I have considered, *inter alia*, the nature and circumstances of the offenses charged, the strength of government's case, and previous revocations of state parole. Additionally, the current alleged drug offenses took place while Mr. Collins was on both state parole and federal supervised release. Therefore, Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.[1] Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED this 6th day of October 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The intent of this provision is to ensure defense counsel experiences no unnecessary obstruction communicating with the Defendant in person, by telephone, or (if possible) by video-teleconference.