IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 0860  4:21CR0249 DPM |
| | ) | |
| EDWARD LEON FOULKS | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant was arraigned this afternoon, and he is on release.  His jury trial date is set for November 29, 2021.

Defendant moves for a continuance of this trial date, without objection from the government, per Mr. Gordon, to allow the defense time to prepare for trial.  This is thus excludable time under 18 U.S.C. § 3161(h)(7)(B)(i).

                                                                                    Respectfully submitted,

                                                                                    JOHN WESLEY HALL
                                                                                       Ark. Bar No. 73047
                                                                                    1202 Main St.; Suite 210
                                                                                    Little Rock, Arkansas 72202-5057
                                                                                    (501) 371-9131 / fax (501) 378-0888
                                                                                    e-mail:  ForHall@aol.com
                                                                                      *Attorney for Defendant*