IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-00528 JM |
| | ) | |
| RAMIEN COLLINS | ) | |

**UNOPPOSED MOTION TO CONTINUE**

Defendant moves to continue the jury trial for about 60-90 days. Defense counsel is new to the case, just entering an appearance October 6th. (Doc. 32) Trial was set in July 2021 for November 15th. (Doc. 27)

The parties have been working on the case, so they are diligent, and the government made a proposed plea offer shortly after defense counsel entered the case. It was analyzed and provided to defendant, and then he and counsel talked at length about it how the trial would play out, and his USSG exposure if convicted. When defense counsel joined in, it was with the knowledge of the trial date, and the entry of appearance and substitution wasn't made just to buy time. Defendant wants a different approach to trial.

18 U.S.C. § 3161(h)(7)(B(iv)) on speedy trial applies. Denial of a continuance that would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government, per Ms. Peters, does not oppose this continuance.

Respectfully submitted,

JOHN WESLEY HALL
 Ark. Bar No. 73047
1202 Main St.; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
e-mail: ForHall@aol.com
   *Attorney for Defendant*