**From:** forhall@aol.com <forhall@aol.com>
**Sent:** Wednesday, October 20, 2021 4:20 PM
**To:** Kacie Glenn <Kacie_Glenn@ared.uscourts.gov>
**Subject:** Fwd: Activity in Case 4:19-cr-00528-JM USA v. Collins Motion to Continue

CAUTION - EXTERNAL:

wrong document comes up that I filed.  Can you get it struck and let me do it over?

-----Original Message-----
From: ecf_support@ared.uscourts.gov
To: ared_ecf@ared.uscourts.gov
Sent: Wed, Oct 20, 2021 4:16 pm
Subject: Activity in Case 4:19-cr-00528-JM USA v. Collins Motion to Continue

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Arkansas

## Notice of Electronic Filing

The following transaction was entered by Hall, John on 10/20/2021 at 4:16 PM CDT and filed on 10/20/2021

| | |
|---|---|
| **Case Name:** | USA v. Collins |
| **Case Number:** | 4:19-cr-00528-JM |
| **Filer:** | Dft No. 1 - Ramien Collins |
| **Document Number:** | 35 |

**Docket Text:**
**Unopposed MOTION to Continue by Ramien Collins (Hall, John)**

**4:19-cr-00528-JM-1 Notice has been electronically mailed to:**

John Wesley Hall , Jr     forhall@aol.com, samantha@forhall.com, tj.johnwesleyhall@gmail.com, tj.lavelle@yahoo.com, tjl@forhall.com

Julie E. Peters     Julie.Peters@usdoj.gov, CaseView.ECF@usdoj.gov, sharon.talbot@usdoj.gov

**4:19-cr-00528-JM-1 Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095794525 [Date=10/20/2021] [FileNumber=8954560-
0] [ad93dab914ecf945e7094b30b947350861b1795ca94285efd2538a61b65dd04015
8977683811ac5bc2fcb2136da707180be8c88b3c8db74ba5fab7e9b37ff112]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.