IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-00528 JM |
| | ) | |
| RAMIEN COLLINS | ) | |

**MOTION TO FOR TEMPORARY RELEASE FOR FATHER'S FUNERAL**

Defendant's father died last weekend. Steve Collins (stephensondearman.com, no details yet online. The funeral is Saturday at 1 p.m. in Monticello with burial following.

Shannon Herman will be the one to pick him up and take him back. 10 am to 6 pm Saturday is requested.

The government, per Ms. Peters, opposes.

Respectfully submitted,

JOHN WESLEY HALL
 Ark. Bar No. 73047
1202 Main St.; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
e-mail:  ForHall@aol.com
  *Attorney for Defendant*