IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19CR00528 JM |
| | ) | |
| RAMIEN COLLINS | ) | |

### UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR TEMPORARY RELEASE

Comes now the United States of America by and through its attorney Jonathan D. Ross, Acting United States Attorney for the Eastern District of Arkansas, and Julie Peters, Assistant United States Attorney for said district, and for its Response in Opposition to RAMIEN COLLINS's motion for temporary release from custody to attend a funeral (docket no. 40), respectfully states as follows.

The United States opposes the defendant's release for all of the reasons it opposed defendant's release at the defendant's detention hearing on October 5, 2021. In particular, as the Court recognized when issuing its Order of Detention (docket no. 33), the defendant's current offenses took place while the defendant was both on state parole and federal supervised release. This history suggests defendant will be unable to follow conditions of release, even for a short time. If the Court is inclined to release the defendant for the funeral, the United States asks that the release period be the minimum time necessary to travel, attend, and return to custody, and that the defendant be drug tested upon his return.

**WHEREFORE**, the United States respectfully requests that the Court deny defendant's motion for temporary release.

Respectfully Submitted,

JONATHAN D. ROSS

Acting United States Attorney

JULIE PETERS
Assistant U.S. Attorney
Bar # 2000109
P.O. Box 1229
Little Rock, AR   72203
501-340-2600
Julie.Peters@usdoj.gov