IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:19CR00528 JM |
| v. ) | |
| ) | |
| RAMIEN COLLINS, aka RAMBO ) | |

NOTICE OF INTENT TO OFFER EXPERT TRIAL TESTIMONY

The United States of America, by and through its attorney Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Julie Peters, Assistant United States Attorney for said district, for its notice, respectfully states as follows.

At trial, the United States intends to call the following expert witness: Chad W. Chumbley, Ph.D., Senior Forensic Chemist, of the Drug Enforcement Administration, Southeast Laboratory, Miami, Florida. Dr. Chumbley will testify concerning the nature and weight of the controlled substances involved in this case. The anticipated testimony relates to the attached laboratory reports (Exhibits 1, 2, and 3), previously produced in discovery. Dr. Chumbley's curriculum vitae is attached to this notice as Exhibit 4.

WHEREFORE, the United States respectfully submits this Notice of Intent to Offer Expert Testimony in advance of trial.

[SIGNATURE ON NEXT PAGE]

1

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

JULIE PETERS
Bar No. 2000109
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2618
julie.peters@usdoj.gov