

**U.S. Department of Justice**
**Drug Enforcement Administration**

Southeast Laboratory
Miami, FL

## Chemical Analysis Report

FBI - Little Rock Office
24 Shackleford West Blvd
Little Rock, AR 72211

**Case Number:** 245D-LR-2050670
**LIMS Number:** 2018-SFL4-09603

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B7 | d-Methamphetamine Hydrochloride | 111.71 g ± 0.01 g | 98% ± 4% | 109.47 g ± 4.09 g |
| 1B7 | Dimethyl Sulfone | | ---- | ---- |

**Remarks:**

Exhibit 1B7: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 1B7: Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 12/20/2018    **Gross Weight:** 166.0 g    **Date Received by Examiner:** 04/25/2019

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B7 | 1 | Plastic Bag | Crystalline | 111.03 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Exhibit 1B7: A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine and Dimethyl Sulfone confirmed in the composite. Salt form and isomer determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B7 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 1B7 | DEA 440H / Nuclear Magnetic Resonance Spectroscopy |

**Analyzed By:** /S/ Chad W. Chumbley, Forensic Chemist    **Date:** 04/30/2019
**Approved By:** /S/ Mirlande Germain-Titus, Senior Forensic Chemist    **Date:** 05/01/2019