

**Chad W. Chumbley, Ph.D.**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Forensic Chemist
Southeast Laboratory
Miami, FL

---

# AREA OF EXPERTISE

**Forensic Discipline**

Controlled Substance Analysis

**Expert Testimony**
- United States District Court (Tampa, FL)
- Florida Circuit Court (Quincy, FL)

# PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*FORENSIC CHEMIST, Southeast Laboratory, Miami, FL, 2018-Current*
- Analyzes evidence for the presence and quantity of controlled substances (more than 650 exhibits analyzed)
- Testifies in courts of law based upon the results of evidence analyses
- Assists law enforcement officers when needed
- Verifies methods on various instrumentation in the laboratory
- Founding member of the Preliminary Testing Group at the Southeast Laboratory (2020)
- Member of the Quality Group (2021-Current)
- Acting Team Lead for Quality Group (2021-Current)

*Training*
- Basic Forensic Chemistry Class #14 (June-October 2018)
- Laboratory Qualification Package (October 2018 - January 2019)
- Basic Clandestine Laboratory Training #77 (September 2019)
- Field Training Course (April-May 2021)
- Waters UPLC and Empower 3 Training (May-June 2021)
- Emerging Leader Training (August 2021)
- Lean 6 Sigma White, Yellow, and Green Belt Training (2021-Current)

# EDUCATION AND CERTIFICATIONS

Vanderbilt University (Nashville, TN)
- Ph.D. in Chemistry (May 2016)
- Dissertation Title: Absolute Quantitative Matrix-Assisted Laser Desorption/Ionization (MALDI) Mass Spectrometry and Imaging Mass Spectrometry of Pharmaceutical Drugs from Biological Specimens

Eastern Kentucky University (Richmond, KY)
- B.S. in Forensic Science (May 2010)
- B.S. in Chemistry (May 2010)
- Honors Program Graduate

## PRESENTATIONS AND LECTURES

- Poster Presenter, Spatially Correlated Quantitative MALDI Analyses of Rifampicin in Liver
  - 62nd American Society for Mass Spectrometry Conference on Mass Spectrometry and Allied Topics (Baltimore, MD) 2015.
- Oral Presenter, MALDI Imaging Mass Spectrometry of Pharmaceutical Drugs in Thin Tissue Sections.
  - U.S. Patent and Trademark Technology Fair (Arlington, VA) 2016.
- Poster Presenter, Validating Quantitative Imaging Mass Spectrometry of Pharmaceuticals in Tissue Sections.
  - 63rd American Society for Mass Spectrometry Conference on Mass Spectrometry and Allied Topics (St. Louis, MO) 2016.

## PUBLICATIONS

- McClure RA, Chumbley CW, Reyzer ML, Wilson K, Caprioli RM, Gore JC, Pham W. Identification of Promethazine as an Amyloid-Binding Molecule using a Fluorescence High-Throughput Assay and MALDI Imaging Mass Spectrometry. Neuroimage Clinical 2013 Apr; (2) 620-629.
- Prentice BM, Chumbley CW, Caprioli, RM.  High-Speed MALDI MS/MS Imaging Mass Spectrometry Using Continuous Raster Sampling. Journal of Mass Spectrometry 2015 Apr; 50 (4)703-710.
- Chumbley CW, Reyzer ML, Allen JL, Marriner GA, Via LE, Barry III CW, Caprioli RM.  Absolute Quantitative MALDI Imaging Mass Spectrometry: A Case of Rifampicin in Liver Tissue. Analytical Chemistry 2016 Feb; 88(4)2392-2398.
- Prentice BM, Chumbley CW, Hachey BC, Norris JL, Caprioli RM.  Multiple Time-of-Flight/Time-of-Flight Events in a Single Laser Shot for Improved Matrix-Assisted Laser Desorption/Ionization Tandem Mass Spectrometry Quantification. Analytical Chemistry 2016 Oct; 88(19)9780-9788.
- Prentice BM, Chumbley CW, Caprioli RM.  Absolute Quantification of Rifampicin by MALDI Imaging Mass Spectrometry using Multiple TOF/TOF Events in a Single Laser Shot. Journal of the American Society for Mass Spectrometry 2017 Jan; 28(1)136-144.