Case No. **4:19-cr-00528-JM-01**

Style: **United States v. Ramien Collins**

# JURY TRIAL MINUTES

Jury Trial held April 12, 2022, through April 13,2022, in Little Rock, Arkansas, before United States District Judge James M. Moody Jr.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**  JUDGE: James M. Moody Jr.
　Represented by Julie Peters/Chris Givens  COURT REPORTER: K. Dellinger/E. Hinson
　　CRD: Kacie Glenn

v.　　Case No. **4:19-cr-00528-JM-01**

**RAMIEN COLLINS**
　Represented by John Wesley Hall

## JURY TRIAL MINUTES

| TIME | DAY 1, Tuesday, April 12, 2022 (Court Reporter: Elaine Hinson) |
|---|---|
| 9:09 | Court in session outside the presence of the jury; Court takes up pretrial matters |
| 9:34 | Court in recess |
| 9:57 | Court in session in the presence of the jury panel; 31 names called; Court informs panel of case before it and procedures for jury selection; Court reads case summary |
| 10:00 | Voir dire by Court |
| 10:28 | Voir dire by Government and Defendant |
| 10:55 | Court in recess for peremptory strikes |
| 11:20 | Jury of 12 and 1 alternate seated and sworn; Court reads preliminary instructions to jury |
| 11:36 | Court in recess for lunch |

| TIME | DAY 1, continued (Court Reporter: Karen Dellinger) |
|---|---|
| 12:53 | Jury enters; Opening statements by Government and Defendant |
| 1:04 | Government calls witness no. 1; Exhibit No. 1 (including 1A, 1B, 1C, 1D) and Exhibit No. 3 (including 3A, 3B, 3C) received into evidence |
| 1:29 | Government calls witness no. 2; Exhibit Nos. 2 (including 2A, 2B), 4 and 5 received into evidence |
| 1:44 | Government calls witness no. 3 |
| 2:49 | Court in recess |
| 2:50 | Court in session outside the record of the jury; Court addresses pending issues |
| 3:00 | Court in recess |
| 3:15 | Jury enters; Direct examination of witness no. 3 continues |
| 3:53 | Government calls witness no. 4; Court receives Exhibit Nos. 6, 7, 8, 9, and 10; Government rests |
| 4:20 | Jury dismissed for the day, directed to report back at 9:00a.m. on Wednesday |
| 4:24 | Court in session outside the presence of the jury; Court addresses jury instructions |
| 4:49 | Court in recess for the day |

| TIME | DAY 2, Wednesday, April 13 2022 (Court Reporter: Karen Dellinger) |
|---|---|
| 8:55 | Court in session outside the presence of the jury; counsel discuss jury instructions and verdict form with the Court |
| 9:02 | Jury enters; Defendant rests; Court reads jury instructions to jurors |
| 9:14 | Closing arguments by Government |
| 9:27 | Closing arguments by Defendant |
| 9:37 | Rebuttal argument by Government |
| 9:48 | Court reads final jury instructions |
| 9:53 | CSO sworn; jurors retire for deliberations |
| 10:49 | Court in session; jury returns to courtroom with a verdict; jury finds Defendant Ramien Collins <u>guilty</u> on Counts 1, 2, and 3 of the Indictment; Defendant remanded to the custody of the USMS pending sentencing |
| 10:50 | Jurors excused from further service |
| 10:50 | Court adjourned |