FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 13 2022

TAMMY H. DOWNS, CLERK
By: _____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:19CR00528 JM |
| v. ) | |
| ) | |
| RAMIEN COLLINS ) | |

## STIPULATION

The parties stipulate and agree that the following exhibits were examined at the Drug Enforcement Administration Southeast Laboratory by Chad W. Chumbley, Forensic Chemist, and the results were as follows:

**Government's Exhibit 6** contains d-Methamphetamine Hydrochloride, net weight 111.79 grams plus or minus 0.01 grams, with a substance purity of 99% plus or minus 4%, meaning the amount of pure substance (methamphetamine actual) is 110.67 grams plus or minus 4.10 grams.

**Government's Exhibit 7** contains d-Methamphetamine Hydrochloride, net weight 111.71 grams plus or minus 0.01 grams, with a substance purity of 98% plus or minus 4%, meaning the amount of pure substance (methamphetamine actual) is 109.47 grams plus or minus 4.09 grams.

**Government's Exhibit 8** contains d-Methamphetamine Hydrochloride, net weight 84.35 grams plus or minus 0.01 grams, with a substance purity of 99% plus or minus 4%,

meaning the amount of pure substance (methamphetamine actual) is 83.50 grams plus or minus 3.09 grams.

It is so stipulated.

_____
For the UNITED STATES
JULIE PETERS/CHRIS GIVENS

_____
For the Defendant, Ramien Collins
JOHN WESLEY HALL