FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 13 2022

TAMMY H. DOWNS, CLERK
By: _____ CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00528 JM |
| | ) | |
| RAMIEN COLLINS | ) | |

## VERDICT FORM

### COUNT ONE

On the charge of distribution of a Schedule II controlled substance, methamphetamine actual, as set out in Count 1 of the Indictment, we, the jury, find the Defendant, RAMIEN COLLINS, __Guilty__.

("Guilty" or "Not Guilty")

NOTE: Answer the following question only if you find Defendant is Guilty.

We, the jury, find unanimously and beyond a reasonable doubt that the amount of methamphetamine actual involved in the offense was:

- ☑ At least 50 grams of methamphetamine actual; *or*

- ☐ At least 5 grams, but less than 50 grams of methamphetamine actual; *or*

- ☐ Less than 5 grams of methamphetamine actual.

████████████████
FOREPERSON

4-13-22
DATE