UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 4:19CR00528 JM
)
RAMIEN COLLINS )

**VERDICT FORM**

**COUNT THREE**

On the charge of distribution of a Schedule II controlled substance, methamphetamine actual, as set out in Count 3 of the Indictment, we, the jury, find the Defendant, RAMIEN COLLINS, __Guilty__.

("Guilty" or "Not Guilty")

NOTE: Answer the following question only if you find Defendant is Guilty.

We, the jury, find unanimously and beyond a reasonable doubt that the amount of methamphetamine actual involved in the offense was:

☑  At least 50 grams of methamphetamine actual; *or*

☐  At least 5 grams, but less than 50 grams of methamphetamine actual; *or*

☐  Less than 5 grams of methamphetamine actual.

FOREPERSON

4·13·22
DATE

