# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS                            Case No.       4:19-cr-00528JM

RAMIEN D COLLINS

### ENTRY OF APPEARANCE

    Jimmy C. Morris, Jr gives this Court notice that he has been retained for the representation herein and thereby seeks the same to be enrolled as such relieving all other counsel which may have been involved in this matter.

                                                  Jimmy C. Morris, Jr
                                                  Ar Bar No. 2007134
                                                  Attorney for Defendant Reginald Harris
                                                  Morris Law Firm
                                                  221 W. 2nd Street, Suite 630
                                                  Little Rock, AR 72201
                                                  P | (501) 319-7647
                                                  F |  (501) 423-2000
                                                  Email: j.c.morrisatty@gmail.com

### CERTIFICATE OF SERVICE

    I, hereby certify that on this 12th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all counsel of record.

                                                  *Jimmy C. Morris, Jr*
                                                  Jimmy C. Morris, Jr