# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**

VS          Case No.     4:19-cr-00528JM

**RAMIEN D COLLINS**

### NOTICE OF APPEAL

Notice is hereby given that Ramien D. Collins appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment & Commitment entered on September 28, 2022.

         Respectfully Submitted,

         Jimmy C. Morris, Jr
         Ar Bar No. 2007134
         Attorney for Defendant Ramien D. Collins
         Morris Law Firm
         221 W. 2nd Street, Suite 630
         Little Rock, AR 72201
         P | (501) 319-7647
         F | (501) 423-2000
         Email: j.c.morrisatty@gmail.com

### CERTIFICATE OF SERVICE

I, hereby certify that on this 12th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to all counsel of record.

         *Jimmy C. Morris, Jr*
         Jimmy C. Morris, Jr