IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                    4:19CR00528

RAMIEN COLLINS

## ORDER

Defendant's motion for leave to appeal *in forma pauperis*, docket # 71 is GRANTED.

Defendant may proceed on appeal without paying court fees and costs.

IT IS SO ORDERED this 21st day of November, 2022.

_____
James M. Moody Jr.
United States District Judge